*H. Riley, Jr.*, for the United States.

No. 631. WHITE *v.* PORTIA LAW SCHOOL ET AL. March 4, 1933. Petition for writ of certiorari to the Supreme Judicial Court, County of Suffolk, Massachusetts, denied. *Jama A. White, pro se.* No appearance for respondents.

No. 635. CASTELLANO, TRUSTEE IN BANKRUPTCY, *v.* GLOBE INDEMNITY Co. March 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harry H. Schutte* for petitioner. *Mr. F. A. W. Ireland* for respondent.

No. 637. BARKER *v.* FISCHER, TRUSTEE IN BANKRUPTCY. March 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Wendell P. Barker, pro se. Mr. George C. Levin* for respondent.

No. 641. MARYLAND CASUALTY Co. *v.* KRAMER. March 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. Newton Rayzor* for petitioner. No appearance for respondent.

No. 654. EDGAR P. LEWIS & SONS, INC. *v.* MARS, INC. March 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Charles E. Riordon* and *C. Russell Riordon* for petitioner. *Messrs. William Furst* and *Hugh W. Ogden* for respondent.